## SALKO v METROPOLITAN LIFE INS CO

Ohio Appeals, 5th Dist, Richland Co

Decided Feb 10, 1936

Lewis Brucker, Mansfield, and H. M. Rust, Mansfield, for plaintiff in error.

Weldon & Huston, Mansfield, for defendant in error.

For full opinion see 6 OO 394; 52 Oh Ap 367.